JANNAH V. MANANSALA, BAR NO. 249376
ALEXANDER S. NAZAROV, BAR NO. 304922
KARA L. GORDON, BAR NO. 333379
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
         jmanansala@unioncounsel.net
         anazarov@unioncounsel.net
         kgordon@unioncounsel.net

Attorneys for Plaintiff MELISSA L. BAYNE

C. Jason Smith, Bar No. 237966
Andrea M. Close, Bar No. 309324
SMITH, McDOWELL & POWELL
A Law Corporation
100 Howe Avenue, Suite 208 South
Sacramento, CA  95825
Tel.:  (916) 569-8100
Fax:   (916) 848-3777
Email: cjsmith@smplawcorp.com
       aclose@smplawcorp.com

Attorneys for Defendant BOWLES HALL FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA L. BAYNE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BOWLES HALL FOUNDATION, REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA, BERKELEY and DOES 1-50,<br><br>　　　　　　　Defendants. | No. 3:21-cv-01959-JCS<br><br>**STIPULATED DISMISSAL OF CASE WITH PREJUDICE**<br><br>Chief M. Judge: Honorable Joseph C. Spero |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1
STIPULATED DISMISSAL OF CASE WITH PREJUDICE
Case No. 3:21-cv-01959-JCS
151411\1238624

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff MELISSA L. BAYNE and Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (erroneously named as UNIVERSITY OF CALIFORNIA, BERKELEY) and BOWLES HALL FOUNDATION through their respective attorneys of record, hereby stipulate and agree that the above-captioned matter and all claims for relief therein may be dismissed with prejudice in its entirety.

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated:  January 24, 2022                WEINBERG, ROGER & ROSENFELD
                                        A Professional Corporation

                                        By:    */s/ Alexander S. Nazarov*
                                               JANNAH V. MANANSALA
                                               ALEXANDER S. NAZAROV
                                               KARA L. GORDON

                                        Attorneys for Plaintiff MELISSA L. BAYNE

Dated:  January 24, 2022                SMITH MCDOWELL & POWELL

                                        By:    */s/ Jason Smith*
                                               C. JASON SMITH

                                        Attorneys for Defendant
                                        BOWLES HALL FOUNDATION

Dated: January 25, 2022

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), regarding signatures, Alexander S. Nazarov hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: January 24, 2022                 */s/ Alexander S. Nazarov*
                                        ALEXANDER S. NAZAROV

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2
STIPULATED DISMISSAL OF CASE WITH PREJUDICE
Case No. 3:21-cv-01959-JCS
151411\1238624